# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of ) 
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:23-mj- 3-01-AJ
a White iPhone, with Assigned Evidence Property # )
22-5418-PR, Currently Located at Nashua Police )
Department, Nashua, NH )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A-1

located in the _____ District of ___New Hampshire___ , there is now concealed *(identify the person or describe the property to be seized)*:

Please see attachment B-1

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |
| 18 U.S.C. § 1029 | Access Device Fraud |
| 18 U.S.C. § 371 | Conspiracy |

The application is based on these facts:
Please see affidavit of United States Secret Service- Special Agent, Adam Terrizzi.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Adam Terrizzi
*Applicant's signature*

Adam Terrizzi, Special Agent - USSS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephonic conference *(specify reliable electronic means)*.

Date: **Jan 6, 2023**

*Andrea K. Johnstone*
*Judge's signature*

City and state: Concord, New Hampshire    Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*